IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD ANDERSON, III | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CA 23-00115-JB-C |
| | : | |
| LINDSAY TERESA AKRIDGE, | : | |
| VIRGINIA MORRIS, LEE ANN | : | |
| ELINSK MINER, and CLUB 4 FITNESS, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 30, 2023 is **ADOPTED** as the opinion of this Court.

It is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  Plaintiff's IFP motion (Doc. 2) be GRANTED.

2.  Plaintiff's motion to amend his complaint (Doc. 4) be GRANTED.

3.  Plaintiff's 42 U.S.C. § 2000a claim against the defendants be DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii).

4.  To the extent one has been raised, Plaintiff's 42 U.S.C. § 1981 against defendants be DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii).

5.     This action be DISMISSED before service of process under 28 U.S.C. §1915(e)(2)(B).

**DONE and ORDERED** this 24th day of July, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE